**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-07064/6273993458

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Miguel Barron and Esmarelda Barron<br>　　　　Debtors.<br>_____<br>Bank of America, N.A.<br>　　　　Movant,<br>　　vs.<br><br>Miguel Barron and Esmarelda Barron, Debtors,<br>Maureen Gaughan, Trustee.<br>　　　　Respondents. | No. 2:09-bk-03884-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #29) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

1 | by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real
2 | property which is the subject of a Deed of Trust dated June 15, 2004 and recorded in the office of the
3 | Maricopa County Recorder wherein Bank of America, N.A. is the current beneficiary and Miguel Barron
4 | and Esmarelda Barron have an interest in, further described as:

> the following real property situated in MARICOPA County, Arizona:
> THAT PART OF MORRISON TRACT, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF TIIE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 13 OF MAPS, PAGE 4, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
> A PORTION OF THE NORTHEAST QUARTER OF SECTION 2. TOWNSHIP 1 NORTH, RANGE 3 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
> COMMENCING AT THE SOUTHEAST CORNER OF THE WEST HALF OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 2, BEING A BRASS CAP FLUSH, FROM WHICH THE EAST QUARTER CORNER OF SECTION 2, BEING A BRASS CAP IN A HANDHOLD, BEARS SOUTH 89 DEGREES 44 MINUTES 26 SECONDS EAST, A DISTANCE OF 1979..53 FEET;
> THENCE NORTH 89 DEGREES 44 MINUTES 26 SECONDS WEST, ALONG THE EAST·WEST MIDSECTION LINE, A DISTANCE OF 629.93 FEET TO A POINT LYING 30.00 FEET EAST OF THE NORTH·SOUTH MIDSECTION LINE;
> THENCE NORTH 00 DEGREES 12 MINUTES 13 SECONDS WEST, PARALLEL WITH AND 30.00 FEET EAST OF THE NORTH-SOUTH MIDSECTION LINE, A DISTANCE OF 135.00 FEET TO THE POINT OF BEGINNING OF THE PARCEL DESCRIBED HEREIN;
> THENCE NORTH 00 DEGREES 12 MINUTES 26 SECONDS WEST, CONTINUING ALONG SAID PARALLEL LINE, A DISTANCE OF 5O.OO FEET;
> THENCE SOUTH 89 DEGREES 44 MINUTES 26 SECONDS EAST, A DISTANCE OF 240.01 FEET;
> THENCE SOUTH 00 DEGREES 12 MINUTES 13 SECONDS EAST, A DISTANCE OF 50.00 FEET;
> THENCE NORTH 89 DEGREES 44 MINUTES 26 SECONDS WEST, A DISTANCE OF 240.01 FEET BACK TO THE POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

///

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT